NUMBER 13-06-657-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


__________ _____________________________________________


BOB WILSON, ET AL., Appellants,


v.



SUNSET CONDOMINIUM COUNCIL 

OF CO-OWNERS, INC., Appellee.

________________________________________________________


On appeal from the 107th District Court


of Cameron County, Texas.


________________________________________________________


MEMORANDUM OPINION


 

Before Justices Yañez, Garza, and Benavides


Memorandum Opinion Per Curiam


 Appellants, BOB WILSON, ET AL., perfected an appeal from a judgment entered
by the 107th District Court of Cameron County, Texas, in cause number 2006-09-4230-A. After the record was filed, appellants filed a motion to dismiss the appeal. 
In the motion, appellants state that this case has been resolved and there is no longer
a need for appellate relief. Appellants request that this Court dismiss the appeal.

 The Court, having considered the documents on file and appellants' motion to
dismiss the appeal, is of the opinion that the motion should be granted. Appellants'
motion to dismiss is granted, and the appeal is hereby DISMISSED.

 PER CURIAM

Memorandum Opinion delivered and filed this

the 19th day of April, 2007.